**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1897**

---

JAMIE FORBES, a/k/a Jamie Sprenger,

        Plaintiff - Appellant,

    v.

ATLANTIC BAY MORTGAGE GROUP, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; JOHN DOES 1-10,

        Defendants - Appellees,

    and

FANNIE MAE, trustee for Securitized Trust FNMA 2022-34 Trust,

        Defendant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Kenneth D. Bell, District Judge.  (5:24-cv-00048-KDB-SCR)

---

Submitted:  December 5, 2024                    Decided:  December 9, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jamie Forbes, Appellant Pro Se. Christina Heather Bost Seaton, New York, New York, Emily R. Larrabee, PIERSON FERDINAND LLP, Charlotte, North Carolina, for Appellees.

––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Forbes seeks to appeal the district court's order dismissing her civil complaint for failure to state a claim and for lack of standing. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on August 14, 2024, and the appeal period expired on September 13, 2024. Forbes filed the notice of appeal on September 16, 2024. Because Forbes failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*